Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## Western District of Louisiana

In re: **Robert Russell Hicks, Helen Sue Hicks**
Debtor(s)

Case No. **05-50438**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>Attn: Genell Melancon<br>825 Kaliste Saloom Road, Rm 100<br>Lafayette, LA 70508 | Internal Revenue Service<br>Attn: Genell Melancon<br>825 Kaliste Saloom Road, Rm 100<br>Lafayette, LA 70508 | Payroll tax penalties for various nursing homes. | | 5,200,000.00 |
| Internal Revenue Service<br>Attn: Genell Melancon<br>825 Kaliste Saloom Road, Rm 100<br>Lafayette, LA 70508 | Internal Revenue Service<br>Attn: Genell Melancon<br>825 Kaliste Saloom Road, Rm 100<br>Lafayette, LA 70508 | Payroll taxes for Camelot Healthcare, LLC not paid as a result of asset sale. | | 1,200,000.00 |
| First Bank (First Bank Leasing)<br>c/o Michael F. Miley, Esq.<br>Post Office Drawer 51387<br>Lafayette, LA 70505 | First Bank (First Bank Leasing)<br>c/o Michael F. Miley, Esq.<br>Post Office Drawer 51387<br>Lafayette, LA 70505 | (1) Beechcraft Kingair 200. Debt of LPTP, Inc. personally guaranteed by Debtor. | | 330,000.00<br><br>(0.00 secured) |
| Bank One<br>c/o Valentine & Kebasdas, Inc.<br>Post Office Box 325<br>Lawrence, MA 01842 | Bank One<br>c/o Valentine & Kebasdas, Inc.<br>Post Office Box 325<br>Lawrence, MA 01842 | | | 14,244.86 |
| Duhon Funeral Home<br>Post Office Box 320<br>Church Point, LA 70525 | Duhon Funeral Home<br>Post Office Box 320<br>Church Point, LA 70525 | | | 8,367.76 |
| MBNA America<br>Post Office Box 15737<br>Wilmington, DE 19886 | MBNA America<br>Post Office Box 15737<br>Wilmington, DE 19886 | | | 7,261.23 |
| MBNA America<br>Post Office Box 15137<br>Wilmington, DE 19886-5137 | MBNA America<br>Post Office Box 15137<br>Wilmington, DE 19886-5137 | | | 5,118.14 |
| Green Valley Landscaping, Inc.<br>Post Office Box 4009<br>Edwards, CO 81632 | Green Valley Landscaping, Inc.<br>Post Office Box 4009<br>Edwards, CO 81632 | | | 3,380.00 |
| Louisiana State University Veterinary Clinic<br>Baton Rouge, LA 70803 | Louisiana State University Veterinary Clinic<br>Baton Rouge, LA 70803 | | | 3,316.59 |
| John Menard Tire Co., Inc.<br>Post Office Box 426<br>Rayne, LA 70578 | John Menard Tire Co., Inc.<br>Post Office Box 426<br>Rayne, LA 70578 | | | 2,849.97 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| State of Louisiana Department of Revenue Post Office Box 201 Baton Rouge, LA 70821 | State of Louisiana Department of Revenue Post Office Box 201 Baton Rouge, LA 70821 | For Fontenot Slaughter House, Inc. | | 2,629.95 |
| F. Camalo 458 Heymann Blvd. Lafayette, LA 70503 | F. Camalo 458 Heymann Blvd. Lafayette, LA 70503 | | | 2,380.16 |
| Deaconess Hospital 5501 N. Portland TX 75112 | Deaconess Hospital 5501 N. Portland TX 75112 | | | 2,286.87 |
| The Carraway Agency Post Office Box 704 Springhill, LA 71075 | The Carraway Agency Post Office Box 704 Springhill, LA 71075 | | | 1,902.60 |
| Stemmans, Inc. Post Office Box 156 Carencro, LA 70520 | Stemmans, Inc. Post Office Box 156 Carencro, LA 70520 | | | 1,330.38 |
| Louisiana Farm Bureau Insu c/o NCO Financial Systems, Inc. 4608 South Garnett Road #200 Tulsa, OK 74146 | Louisiana Farm Bureau Insu c/o NCO Financial Systems, Inc. 4608 South Garnett Road #200 Tulsa, OK 74146 | | | 1,170.26 |
| Acadiana Equine Clinic 121 East Gloria Switch Lafayette, LA 70507 | Acadiana Equine Clinic 121 East Gloria Switch Lafayette, LA 70507 | | | 860.00 |
| St. Martin Bank & Trust Co. 301 S. Main Street Saint Martinville, LA 70582 | St. Martin Bank & Trust Co. 301 S. Main Street Saint Martinville, LA 70582 | | | 741.81 |
| Rayne Pharmacy 713 Curtis Drive Rayne, LA 70578 | Rayne Pharmacy 713 Curtis Drive Rayne, LA 70578 | | | 717.39 |
| Equine Veterinary Associates 4050 FM 1488 Conroe, TX 77384 | Equine Veterinary Associates 4050 FM 1488 Conroe, TX 77384 | | | 680.00 |

| In re | **Robert Russell Hicks**  **Helen Sue Hicks** | Case No. | **05-50438** |
|---|---|---|---|
| | Debtor(s) | | |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date **February 28, 2005**   Signature **/s/ Robert Russell Hicks**
**Robert Russell Hicks**
Debtor

Date **February 28, 2005**   Signature **/s/ Helen Sue Hicks**
**Helen Sue Hicks**
Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.