UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

IN RE: **ROBERT RUSSELL HICKS and**
**HELEN SUE BRUNER HICKS,** Debtors

CASE NO: 05BK-50438-LO-11

## MOTION FOR AUTHORITY
## TO SELL/TRANSFER OPTION TO PURCHASE

NOW INTO COURT, through undersigned counsel comes **ROBERT RUSSELL HICKS and HELEN SUE BRUNER HICKS**, hereinafter jointly referred to as "Debtor" or "Debtor-In-Possession", who with respect represents:

1.

The Debtor filed for and was granted relief under Chapter 11 of Title 11 of the United States Code on February 28, 2005 and the Debtor is the duly qualified and acting Debtor-In-Possession of the above-named Estate.

2.

A portion of the Debtor's estate consists of real property described as: Parcel 1, Unit A, Lot Thirty-One, Vail Meadows Filing No. 1, Eagle County, Colorado, a/k/a 5027-A, Ute Lane, Vail, Colorado, 81657 (hereinafter the "Property").

3.

On May 25, 2005, Save It, LLC granted unto Debtor, an Option to Purchase (hereinafter the "Option"), a copy of which is attached hereto and marked for identification as Exhibit "A", also filed in the record of these proceedings under document #42. Said Option includes the opportunity for Debtor to repurchase the Property under certain terms and conditions as more fully set forth therein. Said Option must be exercised by notice and payment in full under the terms of the Option agreement on or before October 28, 2005.

4.

The Debtor has received an offer to purchase the Option from Cathy Kellogg, represented by Tom St. Germain, Esq. (hereinafter the "Offer"), a copy of which is attached hereto and marked for identification as Exhibit "B".

5.

The Debtor believes that the sale/transfer of the Option would be in the best interests of the Debtor's Estate and does by these presents, seek Court authority to proceed with the sale/transfer.

6.

WHEREFORE, Debtors, **ROBERT RUSSELL HICKS and HELEN SUE BRUNER HICKS**, pray for an order authorizing the sale/transfer of the Option to Purchase the property bearing the municipal address of 5027-A, Ute Lane, Vail, Colorado, 81657, from the Debtors, **ROBERT RUSSELL HICKS and HELEN SUE BRUNER HICKS** to **CATHY KELLOGG** for the sum of $10,000.00 net to the Debtor.

Dated: September 21, 2005

BY: *John W. Hutchison*

Respectfully submitted:
VOORHIES & LABBE'

JOHN W. HUTCHISON
Bar Roll #7128
Post Office Box 3527
Lafayette, Louisiana 70502
(337) 232-9700
Attorneys for DEBTORS

CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing Motion has this date been forwarded to the following parties in interest, by depositing same in the United States mail, postage prepaid and properly addressed:

Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101

Tom St. Germain, Esq.
Attys for Cathy Kellogg
407 S. Union Street
Opelousas, LA 70570

SAVE IT, LLC
c/o Willis Carpenter
Carpenter & Klatskin, P.C.
518 - 17th Street, #1500
Denver, Colorado 80202

Lafayette, Louisiana this 21st day of September, 2005.

*John W. Hutchison*
JOHN W. HUTCHISON

Motion for Authority to Transfer Option                                    Page 2 of 2

05-50438 - #68 File 09/21/05 Enter 09/21/05 16:26:21 Main Document Pg 2 of 2