IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

IN RE:  ROBERT RUSSELL HICKS         CASE NO. 05-50438
        HELEN SUE HICKS

## NOTICE OF ABANDONMENT

Subject to approval by the Court, I, as Trustee of the above captioned bankruptcy case, do hereby abandon the property described below. After appropriate notice, Trustee intends to submit to the Court an order authorizing and confirming this abandonment unless there is timely objection, in which event a hearing shall be conducted.

The property affected by this notice is described:

**Real property located at 123 Golf Course Road, Branch, Louisiana 70516**

Objections to the proposed abandonment shall be filed with the Clerk and served on the Trustee within fifteen (15) days of the mailing of this notice. If no objection is timely filed, the Court may, by Order and without hearing, authorize and confirm abandonment by the Trustee.

A hearing on objections, if any, shall be conducted before the U.S. Bankruptcy Court on the 1st floor courtroom, 214 Jefferson St., Suite 110, Lafayette, Louisiana at 9:00 a.m. on the 12th day of September, 2006.

/s/ Elizabeth G. Andrus
ELIZABETH G. ANDRUS
345 Doucet Road, Suite 233
Lafayette, Louisiana 70503
Telephone: (337) 981-3858
**Chapter 7 Trustee**

**INTERESTED PARTY:**

RAYNE BUILDING & LOAN ASSN.

/s/ John A. Hernandez
BY: JOHN A. HERNANDEZ, III, La. Bar Roll #23130
321 West Main Street, Suite 2-G
Lafayette LA 70501
Telephone: (337) 233-5330

## CERTIFICATE

I hereby certify that I have served a copy of the foregoing on all parties at the addresses shown on the attached mailing list, by depositing same in the U.S. Mail, properly addressed, first class postage prepaid, this 23rd day of August, 2006.

/s/ John A. Hernandez
JOHN A. HERNANDEZ, III

**Case Number: 05-50438**

05-50438|American Express Travel Related Services Co., Inc. |Becket and Lee LLP, Attorneys/Agent|P.O. Box 3001|Malvern, PA 19355-0701
05-50438|American Express Travel Related Svcs Co Inc Corp Card |c/o Becket and Lee, LLP|P.O. Box 3001|Malvern, PA 19355-0701
05-50438|First Bank-Missouri |PO Box 790281|St. Louis, MO 63179
05-50438|Lawson & McCulloch |c/o JHW, APLC|407 S. Union|Opelousas, LA 70570
05-50438|Rayne Building and Loan |200 N. Adams St.|Rayne, LA 70578
05-50438|Save It, LLC
05-50438| |U. S. Bankruptcy Court|214 Jefferson Street, Suite 100|Lafayette, LA 70501-7050
05-50438|Acadia Parish Sheriff |POB 289|Crowley LA 70527
05-50438|Acadiana Equine Clinic |121 East Gloria Switch|Lafayette, LA 70507
05-50438|American Express |Post Office Box 740640|Atlanta, GA 30370
05-50438|American Express Travel Related Services Co., Inc. |c/o Becket and Lee, LLP|P.O. Box 3001|Malvern, PA 19355-0701
05-50438|American Express Travel Related Svcs Co |Inc Corp Card|c/o Becket and Lee, LLP|P.O. Box 3001|Malvern, PA 19355-0701
05-50438|Bank One |c/o Valentine & Kebasdas, Inc.|Post Office Box 325|Lawrence, MA 01842
05-50438|Beverly Enterprises-Texas, Inc. |c/o Dewey B. Leggett|2745 Dalls N. Parkway Suite 310|Plano, TX 75093
05-50438|Camelot Healthcare, LLC |201 East Louisiana Avenue|Rayne, LA 70578
05-50438|Castle Meinhold & Stawiarski LLC |999 18th Street, Suite 2201|Denver, CO 80202
05-50438|Cathy Kellogg |c/o Curt Todd|633-17th St #2700|Denver CO 80202
05-50438|Charter Communications, Inc. |330 Maesa Blvd.|Eunice, LA 70535
05-50438|ChaseManhttnBankUSA,NA as successor in interest to |Bank One Delaware, NA|c/o Weinstein & Riley, P.S.|2101 4th Ave., Suite 900|Seattle, WA 98121
05-50438|Continenal Airlines |c/o American Account|3904 Cadazvale Drive|Fagan, MN 55722
05-50438|Deaconess Emergency Phys. LLC |Post Office Box 96408|Oklahoma City, OK 73143
05-50438|Deaconess Hospital |5501 N. Portland| TX 75112
05-50438|Drs. Taylor & Broussard, LLP |608 North Ave K|Crowley, LA 70526
05-50438|Duhon Funeral Home |Post Office Box 320|Church Point, LA 70525
05-50438|Equine Veterinary Associates |4050 FM 1488|Conroe, TX 77384
05-50438|F. Camalo |458 Heymann Blvd.|Lafayette, LA 70503
05-50438|First Bank (First Bank Leasing) |c/o Michael F. Miley, Esq.|Post Office Drawer 51387|Lafayette, LA 70505
05-50438|Green Valley Landscaping, Inc. |Post Office Box 4009|Edwards, CO 81632
05-50438|Gulf Coast Bank |P.O. Drawer 490|Abbeville, La. 70511
05-50438|IRS |600 A Maestri Stop 31|New Orleans LA 70130
05-50438|Internal Revenue Service |Attn: Genell Melancon|825 Kaliste Saloom Road, Rm 100|Lafayette, LA 70508
05-50438|Internal Revenue Service |IRS District Counsel|Post Office Box 30509|New Orleans, LA 70190
05-50438|Internal Revenue Service |Insolvency Unit|1555 Poydras Street, Suite 220|Stop 31|New Orleans, LA 70112
05-50438|JPMorgan Chase Bank |Weltman Weinbert & Reis|175 S Third St #900|Columbus OH 43215
05-50438|John Menard Tire Co., Inc. |Post Office Box 426|Rayne, LA 70578
05-50438|Karen L. Sheaffer, Pub. Trustee |Eagle County Colorado|500 Broadway|Eagle, CO 81631
05-50438|Kleinpeter Equine Vet Svs, LLC |10071 S. Tiger Bend Road|Baton Rouge, LA 70817
05-50438|Louisiana Farm Bureau Insu |c/o NCO Financial Systems, Inc.|4608 South Garnett

Road #200|Tulsa, OK 74146
05-50438|Louisiana State University |Veterinary Clinic|Baton Rouge, LA 70803
05-50438|MBNA America |Post Office Box 15137|Wilmington, DE 19886-5137
05-50438|MBNA America |Post Office Box 15737|Wilmington, DE 19886
05-50438|MBNA America Bank, N.A. |P O Box 15168 MS 1423|Wilmington, DE 19850
05-50438|Owen Federal Bank |Post Office Box 514577|Los Angeles, CA 90051
05-50438|Radiology Associates |3330 N. W. 56th Street #206|Oklahoma City, OK 73112
05-50438|Rayne Bldg. & Loan, Inc. |John Hernandez, III|321 W Main Ste 2G|Lafayette LA 70501
05-50438|Rayne Building & Loan |Post Office Box 46|Rayne, LA 70578
05-50438|Rayne Pharmacy |713 Curtis Drive|Rayne, LA 70578
05-50438|St. Martin Bank & Trust Co. |301 S. Main Street|Saint Martinville, LA 70582
05-50438|State of Louisiana |Department of Revenue|Post Office Box 201|Baton Rouge, LA 70821
05-50438|State of Utah |Utah State Tax Commission|210 North 1950 West|Salt Lak eCity, UT 84134
05-50438|Stemmans, Inc. |Post Office Box 156|Carencro, LA 70520
05-50438|The Carraway Agency |Post Office Box 704|Springhill, LA 71075
05-50438|US Attorney |Attn: Bkcy Dept|800 Lafayette St Ste 2200|Lafayette LA 70501
05-50438|United States Trustee |300 Fannin Street, Suite 3196|Shreveport, LA 71101
05-50438|Cathy Kellogg
05-50438|Elizabeth G. Andrus |345 Doucet Rd., Suite 233|Lafayette, LA 70503
05-50438|Helen Sue Hicks |4132 Cherry Hill Lane|Oklahoma City, OK 73120
05-50438|John W. Hutchison |P.O. Box 3527|Lafayette, LA 70502
05-50438|Mark Dawson
05-50438|Office of U. S. Trustee |300 Fannin St., Suite 3196|Shreveport, LA 71101
05-50438|Robert Russell Hicks |4132 Cherry Hill Lane|Oklahoma City, OK 73120